IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KLC FINANCIAL, INC.,

                Plaintiff,

v.                                                                    ORDER

OLSON TRUCKING DIRECT, INC. and                16-cv-33-jdp
JEREMIAH S. OLSON,

                Defendants.

---

Following a hearing on plaintiff KLC Financial, Inc.'s motion for default judgment against defendants Olson Trucking Direct, Inc. and Jeremiah Olson, the court asked for supplemental documentation of the requested damages amount. After reviewing KLC's supplemental submissions, the court is satisfied that the requested amounts are accurate and well supported. KLC is therefore entitled to default judgment in the amount requested.

By defaulting, defendants have waived their rights to defend the merits of this case, or to contest the amounts detailed in the contract that defendants allegedly breached. KLC alleges that defendants owe $84,000 in past due payments and $141,950 in future payments. Defendants also owe certain expenses. Those include $246.75 in transaction fees, $200 in insufficient funds fees, $16,260 in late fees, and $69.50 in titling charges. After subtracting $95,000 that KLC recovered from selling the collateral, defendants owe a total of $158,286.34. The court will award it.

KLC also seeks its reasonable attorney fees and costs. KLC asks for $2,000 in attorney fees for 21 hours of attorney work. KLC has submitted a copy of its bill, accounting for its attorneys' time in detail. Dkt. 16-6 and Dkt. 17. The fees are reasonable and will be awarded.

KLC's requested costs of $515, for service and filing fees, will also be awarded as part of the judgment. (A separate taxation of the costs is unnecessary.)

ORDER

IT IS ORDERED that:

1. Plaintiff KLC Financial, Inc.'s motion for default judgment against defendants Olson Trucking Direct, Inc. and Jeremiah Olson, Dkt. 10, is GRANTED.

2. Plaintiff is awarded $158,286.34 in damages and $2,515 in reasonable attorney fees and costs.

3. Interest on this judgment will accrue at the legal rate until the judgment is satisfied.

4. The clerk of court is directed to enter judgment accordingly and to mail a copy of this order to defendants.

Entered August 29, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge